[No. 5278–8–III. Division Three. May 24, 1984.]

*In the Matter of the Marriage of* VIVIAN A. McGRATH, *Respondent, and* CLYDE W. McGRATH, *Appellant*.

Appeal from a judgment of the Superior Court for

Franklin County, No. 27119, Fred R. Staples, J., entered June 24, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.